# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Carol A. Doyle    **Hearing Date** August 26, 2010

**Bankruptcy Case No.** 10 B 09305    **Adversary No.** _____

**Title of Case** Michael Radzilowsky

**Brief Statement of Motion** Motion of Lionel Trepanier to extend time to file a complaint under §727 or §523

**Names and Addresses of moving counsel**

**Representing**

**ORDER** EXTENDING TIME FOR LIONEL TREPANIER TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OR A COMPLAINT OBJECTING TO DISCHARGE

It is ordered that the time for Lionel Trepanier to file a complaint to determine dischargeability or a complaint objecting to discharge is extended to September 3, 2010. This extension is final.

Carol A. Doyle