UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RADZILOWSKY, MICHAEL | § | Case No. 10-09305 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/31/2012 in Courtroom 742,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois   60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/28/2012                    By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RADZILOWSKY, MICHAEL | § | Case No. 10-09305 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,700.28 |
| and approved disbursements of | $ | 30.17 |
| leaving a balance on hand of[1] | $ | 8,670.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,620.03 | $ 0.00 | $ 1,620.03 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 5,890.00 | $ 0.00 | $ 5,890.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 8.38 | $ 8.38 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,510.03 |
| Remaining Balance | $ | 1,160.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 169,507.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | WELLS FARGO FINANCIAL LEASING, INC. | $ 22,900.70 | $ 0.00 | $ 156.73 |
| 000002 | COMMONWEALTH EDISON COMPANY | $ 178.43 | $ 0.00 | $ 1.22 |
| 000003 | NORDSTROM FSB | $ 6,109.99 | $ 0.00 | $ 41.82 |
| 000004B | LIONEL TRAPANIER | $ 97,987.00 | $ 0.00 | $ 670.61 |
| 000006 | BANK OF AMERICA NA (USA) | $ 33,512.61 | $ 0.00 | $ 229.35 |
| 000007 | BANK OF AMERICA NA (USA) | $ 5,074.23 | $ 0.00 | $ 34.73 |
| 000008 | AMERICAN INFOSOURCE LP | $ 1,685.42 | $ 0.00 | $ 11.53 |
| 000009 | CAPITAL ONE BANK (USA), N.A. | $ 2,059.32 | $ 0.00 | $ 14.09 |

Total to be paid to timely general unsecured creditors    $ 1,160.08
Remaining Balance    $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                     Prepared By: /s/Frances Gecker
                                                 Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                    Case No. 10-09305-CAD
Michael Radzilowsky                                                       Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: cmendoza1               Page 1 of 3             Date Rcvd: Oct 02, 2012
                               Form ID: pdf006               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2012.
db           #+Michael Radzilowsky,   200 E. Delaware,   #7D,   Chicago, IL 60611-5783
15206721     +234 S. Wabash LLC,   C/O Keith Bebonis,   234 S. Wabash Ave, 2nd Floor,   Chicago, IL 60604-2365
15206722     +Azavar,   C/O Jason Perry,   234 S. Wabash Ave, 6th Floor,   Chicago, IL 60604-2370
15206723     +Bank Of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
15206725    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    P.O. Box 85520,   Richmond, VA  23285)
17933942      Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
               Charlotte, NC  28272-1083
15206726     +Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
15206727     +Chase Na,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
15206729     +David Herzog,   Herzog & Schwartz PC,   77 W. Washington, Suite 1717,   Chicago, IL 60602-3943
15206731     +Estate of Lionel Trepanier,   c/o David R. Herzog, Trustee in Bk,   77 W. Washington St.,
               Ste. 1717,   Chicago, IL 60602-3943
17785454      FIA Card Services NA/Bank of America NA (USA)/,   MBNA America Bank NA,   PO Box 15102,
               Wilmington, DE 19886-5102
15206730     +Intercept Legal Courier,   Accounts Receivable,   348 N. Ashland Ave #202,
               Chicago, IL 60607-1026
15206732     +Matthew A. Jacober,   10 S. Broadway, Ste 1300,   St. Louis, MO 63102-1708
15206720     +Maxwell Law Group LLC,   105 W Adams,   Chicago, IL 60603-4109
15206733     +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
15206735     +PAETEC,   427 S. LaSalle St, 7th Floor,   Chicago, IL 60605-1029
15206719     +Radzilowsky Michael,   200 E Delaware,   #7D,   Chicago, IL 60611-5783
15206736     +Sears/Cbsd,   P.O. Box 6189,   Sioux Falls, SD 57117-6189
15206738     +TLC Network,   8926 N. Greenwood Ave, Suite 292,   Niles, IL 60714-5163
15206737     +Target Nb,   P.O. Box 673,   Minneapolis, MN 55440-0673
15206739     +United Collect Bur Inc.,   5620 Southwyck Blvd Inc.,   Toledo, OH 43614-1501
15206740     +Wells Fargo,   P.O. Box 6434,   Carol Stream, IL 60197-6434
15206741     +Wells Fargo Financial Leasing,   P.O. Box 6434,   Carol Stream, IL 60197-6434
15321298     +Wells Fargo Financial Leasing, Inc.,   800 Walnut Street,   MAC F4031-050,
               Des Moines, IA 50309-3605
15206743     +Yahale Yadede,   C/O Robert Langendorf, P.C.,   134 N. LaSalle St., Suite 1515,
               Chicago, IL 60602-1167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17798050      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2012 02:40:46
               American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
15206728     +E-mail/Text: legalcollections@comed.com Oct 03 2012 02:28:06    ComEd,   P.O. Box 6111,
               Carol Steram, IL 60197-6111
15670683     +E-mail/Text: legalcollections@comed.com Oct 03 2012 02:28:06    Commonwealth Edison Company,
               3 Lincoln Center, 4th Floor,   Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
15206734     +E-mail/Text: bnc@nordstrom.com Oct 03 2012 02:26:12    Nordstrom FSB,   P.O. Box 6565,
               Englewood, CO 80155-6565
17765575     +E-mail/Text: bnc@nordstrom.com Oct 03 2012 02:26:12    Nordstrom fsb,   P.O. Box 6566,
               Englewood, CO 80155-6566
15206742     +E-mail/Text: brad.lee@xo.com Oct 03 2012 02:28:01    XO Communications,   8851 Sandy Pkwy,
               Sandy, UT 84070-6408
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Frank/Gecker LLP
15206724    ##+Bank Of America,   P.O. Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 3              Date Rcvd: Oct 02, 2012
                              Form ID: pdf006              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2012**                          **Signature:**    /s/ Joseph Speetjens

```
District/off: 0752-1          User: cmendoza1              Page 3 of 3              Date Rcvd: Oct 02, 2012
                              Form ID: pdf006              Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2012 at the address(es) listed below:

```
          Denise A Delaurent    on behalf of U.S. Trustee Patrick Layng USTPRegion11.es.ecf@usdoj.gov,
           Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
          Frances Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          M. Gretchen Silver    on behalf of U.S. Trustee Patrick Layng ustpregion11.es.ecf@usdoj.gov,
           gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
          Michael  Radzilowsky    on behalf of Debtor Michael Radzilowsky mike@radzilowsky.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com
          Zane L Zielinski    on behalf of Trustee Frances Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                              TOTAL: 7
```