**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RADZILOWSKY, MICHAEL | § | Case No. 10-09305 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 410,531.71<br>*(Without deducting any secured claims)* | Assets Exempt: 3,322.15 |
| Total Distributions to Claimants: 1,160.08 | Claims Discharged<br>Without Payment: 266,080.31 |
| Total Expenses of Administration: 7,540.20 | |

3) Total gross receipts of $ 8,700.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,700.28 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 375,296.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,540.20 | 7,540.20 | 7,540.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 11,725.00 | 11,725.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 188,903.34 | 169,507.70 | 169,507.70 | 1,160.08 |
| **TOTAL DISBURSEMENTS** | $ 564,199.34 | $ 188,772.90 | $ 188,772.90 | $ 8,700.28 |

4) This case was originally filed under chapter 7 on 03/05/2010 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/13/2013 By:/s/Frances Gecker

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Law Practice (doubtful collectability) (approximat | 1121-000 | 8,700.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.28 |
| **TOTAL GROSS RECEIPTS** | | $ 8,700.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 | | 375,296.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 375,296.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| FRANCES GECKER | 2100-000 | NA | 1,620.03 | 1,620.03 | 1,620.03 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 8.38 | 8.38 | 8.38 |
| BANK OF AMERICA | 2600-000 | NA | 11.08 | 11.08 | 11.08 |
| BANK OF AMERICA | 2600-000 | NA | 10.71 | 10.71 | 10.71 |
| FRANKGECKER LLP | 3110-000 | NA | 5,890.00 | 5,890.00 | 5,890.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 7,540.20 | $ 7,540.20 | $ 7,540.20 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| 000004A | LIONEL TRAPANIER | 5300-000 | NA | 11,725.00 | 11,725.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 11,725.00 | $ 11,725.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 234 S. Wabash LLC C/O Keith Bebonis 234 S. Wabash Ave, 2nd Floor Chicago, IL 60604 | | 7,500.00 | NA | NA | 0.00 |
| | Azavar C/O Jason Perry 234 S. Wabash Ave, 6th Floor Chicago, IL 60602 | | 4,000.00 | NA | NA | 0.00 |
| | Bank Of America P.O. Box 15019 Wilmington, DE 19886 | | 31,090.00 | NA | NA | 0.00 |
| | Chase Na 800 Brooksedge Blvd Westerville, OH 43801 | | 0.00 | NA | NA | 0.00 |
| | Computer Consulting | | 10,000.00 | NA | NA | 0.00 |
| | Intercept Legal Courier Accounts Receivable 348 N. Ashland Ave #202 Chicago, IL 60607 | | 17.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 1,645.00 | NA | NA | 0.00 |
| | PAETEC 427 S. LaSalle St, 7th Floor Chicago, IL 60605 | | 6,000.00 | NA | NA | 0.00 |
| | Sears/Cbsd P.O. Box 6189 Sioux Falls, SD 57117 | | 96.00 | NA | NA | 0.00 |
| | TLC Network 8926 N. Greenwood Ave, Suite 292 Niles, IL 60714 | | 11,000.00 | NA | NA | 0.00 |
| | United Collect Bur Inc. 5620 Southwyck Blvd Inc. Toledo, OH 43614 | | 39.00 | NA | NA | 0.00 |
| | Wells Fargo Financial Leasing P.O. Box 6434 Carol Stream, IL 60197 | | 6,158.24 | NA | NA | 0.00 |
| | XO Communications 8851 Sandy Pkwy Sandy, UT 84070 | | 462.20 | NA | NA | 0.00 |
| | Yahale Yadede C/O Robert Langendorf, P.C. 134 N. LaSalle St., Suite 1515 Chicago, IL 60602 | | 8,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,703.00 | 1,685.42 | 1,685.42 | 11.53 |
| 000006 | BANK OF AMERICA NA (USA) | 7100-000 | 31,090.00 | 33,512.61 | 33,512.61 | 229.35 |
| 000007 | BANK OF AMERICA NA (USA) | 7100-000 | NA | 5,074.23 | 5,074.23 | 34.73 |
| 000009 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,970.00 | 2,059.32 | 2,059.32 | 14.09 |
| 000002 | COMMONWEALTH EDISON COMPANY | 7100-000 | 174.65 | 178.43 | 178.43 | 1.22 |
| 000004B | LIONEL TRAPANIER | 7100-000 | 40,000.00 | 97,987.00 | 97,987.00 | 670.61 |
| 000003 | NORDSTROM FSB | 7100-000 | 5,958.00 | 6,109.99 | 6,109.99 | 41.82 |
| 000001 | WELLS FARGO FINANCIAL LEASING, INC. | 7100-000 | 22,000.00 | 22,900.70 | 22,900.70 | 156.73 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 188,903.34 | $ 169,507.70 | $ 169,507.70 | $ 1,160.08 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 10-09305 CAD Judge: Carol A. Doyle

Case Name: RADZILOWSKY, MICHAEL

For Period Ending: 04/30/13

Trustee Name: Frances Gecker

Date Filed (f) or Converted (c): 03/05/10 (f)

341(a) Meeting Date: 04/19/10

Claims Bar Date: 12/02/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 200 E. Delaware #7D Chicago, IL | 375,000.00 | 0.00 | | 0.00 | FA | 375,296.00 | 0.00 |
| 2. Westin TimeShare | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Cash on hand<br>Debtor Claimed Exemption | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 50.00 |
| 4. Bank of America | 0.78 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Checking Account (Chase)<br>Debtor Claimed Exemption | 22.15 | 22.15 | | 0.00 | FA | 0.00 | 22.15 |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Ordinary household goods<br>Debtor Claimed Exemption | 3,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 8. Ordinary books, pictures and art objects<br>Debtor Claimed Exemption | 500.00 | 250.00 | | 0.00 | FA | 0.00 | 250.00 |
| 9. Ordinary wearing apparel<br>Debtor Claimed Exemption | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 10. Wedding Ring, wrist watch | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Golf clubs | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. Health Insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**


Exhibit 8

Case No: 10-09305 CAD Judge: Carol A. Doyle
Case Name: RADZILOWSKY, MICHAEL

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 03/05/10 (f)
341(a) Meeting Date: 04/19/10
Claims Bar Date: 12/02/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 13. Homeowners Insurance<br>Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. Professional liability insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. IRAs | 18,000.00 | 18,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. E-Trade broker account | 385.00 | 335.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17. Law Practice (doubtful collectability) (approximat | 20,000.00 | 20,000.00 | | 8,700.00 | FA | 0.00 | 0.00 |
| 18. Law Practice - some work in progress (ongoing) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. Marian Neudel Judgment | 1,600.00 | 1,600.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20. possible tax refund (none expected) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21. License to practice law | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22. 2005 Dodge Charger | 6,000.00 | 6,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23. Office furnishings and equipment for law practice | 1,500.00 | 1,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24. CHECKING ACCOUNT | 708.00 | 708.00 | | 0.00 | FA | 0.00 | 0.00 |
| 25. CHECKING ACCOUNT | 152.00 | 152.00 | | 0.00 | FA | 0.00 | 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 10-09305 CAD Judge: Carol A. Doyle

Case Name: RADZILOWSKY, MICHAEL

Trustee Name: Frances Gecker

Date Filed (f) or Converted (c): 03/05/10 (f)

341(a) Meeting Date: 04/19/10

Claims Bar Date: 12/02/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 26. CHECKING ACCOUNT | 83.78 | 83.78 | | 0.00 | FA | 0.00 | 0.00 |
| 27. CHECKING ACCOUNT | 1,412.00 | 1,412.00 | | 0.00 | FA | 0.00 | 0.00 |
| 28. CHECKING ACCOUNT | 18.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 29. STOCK | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 30. LICENSES | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 31. LICENSES | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 32. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.28 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $430,531.71 | $54,212.93 | | $8,700.28 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $375,296.00 | $3,322.15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN HEARD AND FUNDS HAVE BEEN DISTRIBUTED.

Initial Projected Date of Final Report (TFR): 11/01/11 Current Projected Date of Final Report (TFR): 04/15/12

/s/ Frances Gecker

______________________ Date: 05/13/13

FRANCES GECKER

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL

Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5663 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 08/30/11 | 17 | Michael Radzilowsky<br>Cashier's Check | | 1121-000 | 8,700.00 | | 8,700.00 |
| C 09/30/11 | 32 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,700.07 |
| C 10/31/11 | 32 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,700.14 |
| C 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.08 | 8,689.06 |
| C 11/30/11 | 32 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,689.13 |
| C 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.71 | 8,678.42 |
| C 12/29/11 | 32 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,678.49 |
| C t 12/29/11 | | Transfer to Acct #*******2574 | Bank Funds Transfer | 9999-000 | | 8,678.49 | 0.00 |

Page Subtotals 8,700.28 8,700.28

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL

Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5663 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 8,700.28 | 8,700.28 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 8,678.49 | |
| | | | Subtotal | | 8,700.28 | 21.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,700.28 | 21.79 | |

*** Reversed**
**t Funds Transfer**
**C Bank Cleared**

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL

Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******2574 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 12/29/11 | | Transfer from Acct #*******5663 | Bank Funds Transfer | 9999-000 | 8,678.49 | | 8,678.49 |
| C 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BLANKET BOND #016026455<br>2/1/12 TO 2/1/13 | 2300-000 | | 8.38 | 8,670.11 |
| * C 01/21/13 | 001001 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | 3110-003 | | 5,890.00 | 2,780.11 |
| * C 01/21/13 | 001001 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | 3110-003 | | -5,890.00 | 8,670.11 |
| * C 01/21/13 | 001002 | WELLS FARGO FINANCIAL LEASING, INC.<br>800 WALNUT STREET<br>MAC F4031-050<br>DES MOINES, IA 50309 | Claim 000001, Payment 1.64% | 7100-003 | | 375.60 | 8,294.51 |
| * C 01/21/13 | 001002 | WELLS FARGO FINANCIAL LEASING, INC.<br>800 WALNUT STREET<br>MAC F4031-050<br>DES MOINES, IA 50309 | Claim 000001, Payment 1.64%<br>Entry error. | 7100-003 | | -375.60 | 8,670.11 |

Page Subtotals 8,678.49 8.38

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL

Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******2574 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * C 01/21/13 | 001003 | United States Bankruptcy Court<br>219 South Dearborn<br>Courtroom 742<br>Chicago, IL 60604 | Claim 000002, Payment 1.64%<br>COMMONWEALTH EDISON COMPANY<br>3 LINCOLN CENTER, 4TH FLOOR<br>ATTN: BANKRUPTCY SECTION<br>OAKBROOK TERRACE, IL 60181 | 7100-003 | | 2.93 | 8,667.18 |
| * C 01/21/13 | 001003 | United States Bankruptcy Court<br>219 South Dearborn<br>Courtroom 742<br>Chicago, IL 60604 | Claim 000002, Payment 1.64%<br>Entry error. | 7100-003 | | -2.93 | 8,670.11 |
| * C 01/21/13 | 001004 | NORDSTROM FSB<br>P.O. BOX 6566<br>ENGLEWOOD, CO 80155 | Claim 000003, Payment 1.64% | 7100-003 | | 100.21 | 8,569.90 |
| * C 01/21/13 | 001004 | NORDSTROM FSB<br>P.O. BOX 6566<br>ENGLEWOOD, CO 80155 | Claim 000003, Payment 1.64%<br>Entry error | 7100-003 | | -100.21 | 8,670.11 |
| * C 01/21/13 | 001005 | LIONEL TRAPANIER<br>11601 S ARTESIAN<br>CHICAGO, IL 60655 | Claim 000004B, Payment 1.64% | 7100-003 | | 1,607.09 | 7,063.02 |
| * C 01/21/13 | 001005 | LIONEL TRAPANIER<br>11601 S ARTESIAN<br>CHICAGO, IL 60655 | Claim 000004B, Payment 1.64%<br>entry error | 7100-003 | | -1,607.09 | 8,670.11 |
| * C 01/21/13 | 001006 | BANK OF AMERICA NA (USA)<br>c/o FIA CARD SERVICES NA | Claim 000006, Payment 1.64% | 7100-003 | | 549.64 | 8,120.47 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 549.64 |

Ver: 17.01

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL

Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******2574 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 15102<br>WILMINGTON, DE 19886-5102 | | | | | |
| * C 01/21/13 | 001006 | BANK OF AMERICA NA (USA)<br>c/o FIA CARD SERVICES NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000006, Payment 1.64%<br>Entry error. | 7100-003 | | -549.64 | 8,670.11 |
| * C 01/21/13 | 001007 | BANK OF AMERICA NA (USA)<br>c/o FIA CARD SERVICES NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000007, Payment 1.64% | 7100-003 | | 83.22 | 8,586.89 |
| * C 01/21/13 | 001007 | BANK OF AMERICA NA (USA)<br>c/o FIA CARD SERVICES NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000007, Payment 1.64%<br>Entry error. | 7100-003 | | -83.22 | 8,670.11 |
| * C 01/21/13 | 001008 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR TARGET<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Claim 000008, Payment 1.64% | 7100-003 | | 27.64 | 8,642.47 |
| * C 01/21/13 | 001008 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR TARGET<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Claim 000008, Payment 1.64%<br>Entry error. | 7100-003 | | -27.64 | 8,670.11 |
| * C 01/21/13 | 001009 | CAPITAL ONE BANK (USA), N.A. | Claim 000009, Payment 1.64% | 7100-003 | | 33.78 | 8,636.33 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | -515.86 |

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL

Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******2574 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | | | | | |
| * C 01/21/13 | 001009 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000009, Payment 1.64%<br>Entry error. | 7100-003 | | -33.78 | 8,670.11 |
| C 01/21/13 | 001010 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Expense | 2100-000 | | 1,620.03 | 7,050.08 |
| C 01/21/13 | 001011 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,890.00 | 1,160.08 |
| C 01/21/13 | 001012 | WELLS FARGO FINANCIAL LEASING, INC.<br>800 WALNUT STREET<br>MAC F4031-050<br>DES MOINES, IA 50309 | Claim 000001, Payment 0.68% | 7100-000 | | 156.73 | 1,003.35 |
| C 01/21/13 | 001013 | United States Bankruptcy Court<br>219 South Dearborn<br>Courtroom 742<br>Chicago, IL 60604 | Claim 000002, Payment 0.68%<br>COMMONWEALTH EDISON COMPANY<br>3 LINCOLN CENTER, 4TH FLOOR<br>ATTN: BANKRUPTCY SECTION<br>OAKBROOK TERRACE, IL 60181 | 7100-000 | | 1.22 | 1,002.13 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 7,634.20 |

Ver: 17.01

FORM 2

Page: 7

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL

Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******2574 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C 01/21/13 | 001014 | NORDSTROM FSB<br>P.O. BOX 6566<br>ENGLEWOOD, CO 80155 | Claim 000003, Payment 0.68% | 7100-000 | | 41.82 | 960.31 |
| * C 01/21/13 | 001015 | LIONEL TRAPANIER<br>11601 S ARTESIAN<br>CHICAGO, IL 60655 | Claim 000004B, Payment 0.68% | 7100-003 | | 670.61 | 289.70 |
| C 01/21/13 | 001016 | BANK OF AMERICA NA (USA)<br>c/o FIA CARD SERVICES NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000006, Payment 0.68% | 7100-000 | | 229.35 | 60.35 |
| C 01/21/13 | 001017 | BANK OF AMERICA NA (USA)<br>c/o FIA CARD SERVICES NA<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000007, Payment 0.68% | 7100-000 | | 34.73 | 25.62 |
| C 01/21/13 | 001018 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR TARGET<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Claim 000008, Payment 0.68% | 7100-000 | | 11.53 | 14.09 |
| C 01/21/13 | 001019 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000009, Payment 0.68% | 7100-000 | | 14.09 | 0.00 |
| * C 04/05/13 | 001015 | LIONEL TRAPANIER | Claim 000004B, Payment 0.68% | 7100-003 | | -670.61 | 670.61 |

Page Subtotals 0.00 331.52

Ver: 17.01

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL

Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******2574 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 11601 S ARTESIAN CHICAGO, IL 60655 | This was a stop payment and not a reverse transaction. Trustee will reissue check from BNY Mellon account. | | | | |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 8,678.49 | 8,007.88 | 670.61 |
| Less: Bank Transfers/CD's | 8,678.49 | 0.00 | |
| Subtotal | 0.00 | 8,007.88 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 8,007.88 | |

*** Reversed**
**t Funds Transfer**
**C Bank Cleared**

Page Subtotals 0.00 0.00

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL
Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: Bank of New York Mellon
Account Number / CD #: *******7391 GENERAL CHECKING
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 03/28/13 | | Congressional Bank<br>Transfer by Check from<br>Old Bank Account to BNY Mellon | | | 670.61 | | 670.61 |
| C 04/12/13 | 010000 | ESTATE OF LIONEL TRAPANIER<br>c/o David R. Herzog, Trustee<br>77 W. Washington Street, Suite 1717<br>Chicago, Illinois 60602 | Claim 000004B, Payment 0.68% | 7100-000 | | 670.61 | 0.00 |

* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 670.61 | 670.61 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 670.61 | 670.61 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 670.61 | 670.61 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5663 | 8,700.28 | 21.79 | 0.00 |
| GENERAL CHECKING - ********2574 | 0.00 | 8,007.88 | 670.61 |
| GENERAL CHECKING - ********7391 | 670.61 | 670.61 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 9,370.89 | 8,700.28 | 670.61 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 670.61 | 670.61 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-09305 -CAD
Case Name: RADZILOWSKY, MICHAEL

Taxpayer ID No: *******5555
For Period Ending: 04/30/13

Trustee Name: Frances Gecker
Bank Name: Bank of New York Mellon
Account Number / CD #: *******7391 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

Trustee's Signature: /s/ Frances Gecker Date: 05/13/13
FRANCES GECKER

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |